# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Number: 0:15-cv-01491-MJD-SER

DISABILITY SUPPORT ALLIANCE, on behalf of its mem-bers; and ZACH HILLESHEIM

    *Plaintiff(s)*   **RULE 7.1-CORPORATE DISCLOSURE STATEMENT**

*v.*

KAH 20 2ND AVENUE LLC, and KAHLER HOTELS LLC

    *Defendant(s)*

---

(Party name)

Makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☐ Yes    ☒ No

   If yes, the parent corporation is:

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

   ☐ Yes    ☒ No

   If yes, identify all such owners:

Date: __03/17/2015__      s/Paul Hansmeier
    *Attorney Name: Paul Hansmeier*
    *Bar ID: 387795*
    *Law Firm: Class Justice PLLC*
    *Address: 100 5th St. S. Suite 1900, Minneapolis, MN 55402*

    *Phone: 612-326-9801*
    *Email: mail@classjustice.org*
    ATTORNEY FOR PLAINTIFF