## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Disability Support Alliance, on behalf of its members; and Zach Hillesheim,**<br><br>**Plaintiffs,**<br><br> vs.<br><br>**KAH 20 2nd Avenue LLC, and Kahler Hotels LLC,**<br><br>**Defendants.** | **Civil File No. 15-CV-1491 MJD/SER**<br><br><br>**DEFENDANTS' NOTICE OF DISMISSAL OF COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 41(a)(2)(c)(1)** |

Pursuant to Rule 41(a)(2)(c)(1) of the Federal Rules of Civil Procedure,

Defendants hereby dismiss the Counterclaim against Plaintiffs without prejudice.


Dated: April 9, 2015.                    DUNLAP & SEEGER, P.A.


                                   By:    /s/ Ken D. Schueler
                                          Ken D. Schueler
                                          Registration No. 190378
                                          30 – 3rd Street SE, Suite 400
                                          Post Office Box 549
                                          Rochester, Minnesota 55903
                                          Telephone: (507) 288-9111

                                          *Counsel for KAH 20 2nd Avenue LLC and Kahler Hotels, LLC.*