# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PRETRIAL SCHEDULING CONFERENCE

| | |
|---|---|
| Disability Support Alliance, and<br>Zach Hillesheim,<br><br>                      Plaintiffs,<br><br>v.<br><br>KAH 20 2nd Avenue LLC,<br>Kahler Hotels LLC,<br><br>                      Defendants.<br>. | **COURT MINUTES**<br>BEFORE: Steven E. Rau<br>  U.S. Magistrate Judge<br><br>Case No.:  15cv1491 (MJD/SER)<br>Dated:   May 12, 2015<br>Courthouse: St. Paul<br>Courtroom:  Chambers 334<br>Time Commenced: 9:30 a.m.<br>Time Concluded:  9:45 a.m.<br>Time in Court:  15 minutes |

**APPEARANCES:**

    For Plaintiffs: Paul R. Hansmeier
    For Defendants:  Ken D. Schueler

**PROCEEDINGS:**

Pretrial Scheduling Conference held.  Scheduling Order will be issued.

                                                  *s/Melissa M. Erstad*
                                                  **Signature of Judicial Assistant**