**Class Justice PLLC**

Advocates for the Rights of Individuals

June 8, 2015

**Via CM/ECF**

**TO:**
The Honorable Steven E. Rau
United States Magistrate Judge
United States District Court
632 Federal Building
316 North Robert Street
St. Paul, MN 55101

    RE:    *Disability Support Alliance v. KAH 20 2nd Avenue LLC*; No. 0:15-cv-1491 (MJD/SER)

Dear Judge Rau:

The parties write to notify the Court of settlement in this mater. The parties will be filing a stipulation of dismissal with prejudice. The parties note that there is a settlement conference on the Court's calendar scheduled for July 10, 2015 at 9:00 a.m.

    Very truly yours,

    Paul R. Hansmeier

100 South Fifth Street, Suite 1900, Minneapolis, MN 55402
Phone: 612-326-9801 Fax: 612-326-9802 Email: mail@classjustice.org