# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Disability Support Alliance, on behalf of its members; and Zach Hillesheim,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KAH 20 2nd Avenue LLC, and Kahler Hotels LLC,**<br><br>Defendants. | Civil File No. 15-CV-1491 MJD/SER<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties have reached a settlement as to the disputes between them in connection with the above-captioned matter and have agreed to dismiss this action, including all claims, counterclaims and defenses asserted by any party, with prejudice, with each party to bear their own costs, expenses and fees, in accordance with the terms of the Release and Settlement Agreement between the parties;

IT IS HEREBY STIPULATED AND AGREED to by and between the parties that all claims, counterclaims and actions asserted in the above-captioned matter by any party be dismissed with prejudice.

                                                                         **CLASS JUSTICE, PLLC.**

Dated: __June 18__, 2015    By: _____
                                                                          Paul R. Hansmeier (#0387795)
                                                                          100 South Fifth Street, Suite 1900
                                                                          Minneapolis, MN 55402
                                                                          Telephone:   612-234-5744
                                                                          Facsimile:    612-326-9802

                                                                       *Attorneys for Plaintiffs*

                                                                       **DUNLAP & SEEGER, P.A.**

Dated: _____June 12_____, 2015    By: _____
                                                                          Ken D. Schueler (#190378)
                                                                          30 – 3rd Street SE, Suite 400
                                                                          P.O. Box 549
                                                                          Rochester, MN 55903-0549
                                                                          Telephone:  507-288-9111
                                                                          Facsimile:    507-288-9342

                                                                       *Attorneys for Defendants*