## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance and Zach Hillesheim, | Civ. No. 15-1491 (MJD/SER) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| KAH 20 2nd Avenue LLC, and Kahler Hotels LLC, | |
| Defendants. | |

On June 18, 2015, Plaintiffs Disability Support Alliance and Zach Hillesheim and Defendants KAH 20 2nd Avenue LLC and Kahler Hotels LLC jointly filed a Stipulation to dismiss Plaintiffs' claims with prejudice in the above-captioned action (Doc. No. 13), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATE:  June 23, 2015         *s/Michael J. Davis*
                              Michael J. Davis
                              Chief Judge
                              United States District Court