# UNITED STATES DISTRICT COURT
## District of Minnesota

Disability Support Alliance and Zach Hillesheim,

          Plaintiffs,

v.

KAH 20 2nd Avenue LLC, and Kahler Hotels LLC,

          Defendants,

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-1491 MJD/SER

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

Date: June 24, 2015

RICHARD D. SLETTEN, CLERK

s/J. Midtbo

(By)  J. Midtbo, Deputy Clerk